UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0-21-cv-60495-JIC

PREMIER DISTRIBUTING COMPANY,

    Plaintiff,

v.

VITAL PHARMACEUTICALS, INC.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Premier Distributing Company and Defendant Vital Pharmaceuticals, Inc. (collectively, the "Parties"), by and through their representative counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

| | |
|---|---|
| */s/ Jordan S. Cohen* | */s/ Zachary S. Foster* |
| Jordan S. Cohen, Esquire | Zachary S. Foster, Esq. |
| Florida Bar No. 551872 | Fla. Bar No.: 111980 |
| JCohen@wickersmith.com | zachary.foster@quarles.com |
| WICKER SMITH O'HARA | QUARLES & BRADY LLP |
| McCOY & FORD, P.A. | 101 East Kennedy Blvd., Suite 3400 |
| 515 E. Las Olas Boulevard | Tampa, FL 33602 |
| SunTrust Center, Suite 1400 | Telephone: (813) 387-0300 |
| Ft. Lauderdale, FL 33301 | Facsimile: (813) 387-1800 |
| Telephone: (954) 847-4800 | -and- |
| Facsimile: (954) 760-9353 | Matthew Duchemin, Esq. |
| *Attorneys for Plaintiff* | *(Admitted pro hac vice)* |
| | matthew.duchemin@quarles.com |
| | Sydney VanBerg, Esq. |
| | *(Admitted pro hac vice)* |
| | sydney.vanberg@quarles.com |
| | QUARLES & BRADY LLP |
| | 33 East Main Street, Suite 900 |

-2-

Madison, WI 53703  
Telephone: (608) 283-2478  
Telephone: (608) 283-2427  
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on counsel of record identified on below via transmission of Notices of Electronic Filing generated by CM/ECF.

Jordan S. Cohen, Esq.  
Wicker Smtih O'Hara  
McCoy & Ford, P.A.  
515 East Las Olas Boulevard  
Suite 1400  
Fort Lauderdale, FL 33301  
JCohen@wickersmith.com  
*Attorneys for Plaintiff*

*Zachary S. Foster*  
Attorney